**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF MISSOURI

Case number *(if known)* _____    Chapter   11

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy      06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Midwest Mobile Imaging, LLC |
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 46-4123575 |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | 3171 East Sunshine, # E121 <br> Springfield, MO 65804 <br> Number, Street, City, State & ZIP Code | PO Box 4241 <br> Springfield, MO 65808 <br> P.O. Box, Number, Street, City, State & ZIP Code |
| | | Greene <br> County | **Location of principal assets, if different from principal place of business** |
| | | | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | midwestmobileimaging.com |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership (excluding LLP) <br><br> ☐ Other. Specify: _____ |

| Debtor | Midwest Mobile Imaging, LLC | Case number (if known) | |
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

■ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

6215

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

| Debtor | Midwest Mobile Imaging, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | Relationship | _____ |
|---|---|---|---|
| District | _____ When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

| Debtor | Midwest Mobile Imaging, LLC | Case number (*if known*) |
|---|---|---|
| | Name | |

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million          ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million          ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million         ☐ More than $50 billion

| Debtor | Midwest Mobile Imaging, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| 17. Declaration and signature of authorized representative of debtor | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
|---|---|
| | I have been authorized to file this petition on behalf of the debtor. |
| | I have examined the information in this petition and have a reasonable belief that the information is true and correct. |
| | I declare under penalty of perjury that the foregoing is true and correct. |

Executed on    1/2/2025
MM / DD / YYYY

X *Dan Taylor*                                        Dan Taylor
Signature of authorized representative of debtor        Printed name

Title    Member

---

**18. Signature of attorney**

X *Colin N. Gotham*                          Date 1/2/2025
Signature of attorney for debtor                   MM / DD / YYYY

Colin Gotham KS#19538; MO#52343
Printed name

Evans & Mullinix, P.A.
Firm name

7225 Renner Road, Suite 200
Shawnee, KS 66217
Number, Street, City, State & ZIP Code

Contact phone    (913) 962-8700        Email address    cgotham@emlawkc.com

KS#19538; MO#52343 MO
Bar number and State

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Western District of Missouri

In re   Midwest Mobile Imaging, LLC _____   Case No. _____
                                    Debtor(s)            Chapter   11 _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept .................... $ _____ HOURLY

    Prior to the filing of this statement I have received .......... $ _____ 5,238.00

    Balance Due ................................................. $ _____ HOURLY

2.  $ __1,738.00__ of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ☑ Debtor       ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ☑ Debtor       ☐ Other (specify):

5.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
      copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other
        adversary proceedings, reaffirmations and redemptions.

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

1/2/2025 _____          /s/ Colin N. Gotham      *Colin N. Gotham*

_Date_                                     Colin Gotham KS#19538, MO#52343
                                           *Signature of Attorney*
                                           Evans & Mullinix, P.A.
                                           7225 Renner Road, Suite 200
                                           Shawnee, KS 66217
                                           (913) 962-8700   Fax: (913) 962-8701
                                           cgotham@emlawkc.com
                                           *Name of law firm*

Ally Financial
PO 380901
Minneapolis MN 55438

American Express
Customer Care & Billing Inq
PO Box 981535
El Paso TX 79998-1535

AMEX
PO Box 15298
Wilmington DE 19850

ARM Solutions
PO Box 3666
Camarillo CA 93011

Attorney General
Main Justice Building
950 Pennsylvania Avenue NW
Washington DC 20530-0001

Bank of America
PO Box 15019
Wilmington DE 19850

Bank of America
PO Box 660441
Dallas TX 75266-0441

Beckman Coulter
250 South Kraemer Blvd
PO Box 8000
Brea CA 92822-8000

Bothwell Regional Health Center
PO Box 801128
Kansas City MO 64180

Capital One
Attn: General Correspondence
PO Box 30285
Salt Lake City UT 84130-0285

CGM (Compu Group Medical)
10901 Stonelake Blvd.
Austin TX 78759


Chase
9200 Oakdale Avenue
Chatsworth CA 91311


Chase Bank
PO Box 15298
Wilmington DE 19850


Community First Bank
603 North Main
Mountain Grove MO 65711


Congenius
3171 East Sunshine
Springfield MO 65804


Corporation Service Company
PO Box 2576
Springfield IL 62708


Corporation Service Company
801 Adlai Stevenson Drive
Springfield IL 62703


Daniel Taylor
350 Warren Street, Apt 728
Jersey City NJ 07302


De Lage Landen
PO Box 825736
Philadelphia PA 19182


Dell Financial Services
PO Box 81577
Austin TX 78708-1577


Dept of Health & Human Services
200 Independence Ave SW
Washington DC 20201

Dept of Health & Human Services
Public Health Div., Parklawn Bldg
5600 Fishers Lane, Room 4A-53
Rockville MD 20857


Downtown West Plains, Inc.
Ozark Small Business Incubator
408 Washington Avenue
West Plains MO 65775


Financial Agent Services
PO Box 2567
Springfield IL 62708


First Source Advantage
205 Bryant Woods South
Amherst NY 14228


Funding Circle
PO Box 206536
Dallas TX 75320-6536


GE Healthcare
Healthcare Financial Services
PO Box 641419
Pittsburgh PA 15264-1419


Greenberg, Grant & Richards, Inc.
Corporate Headquarters
5858 Westheimer Road, Suite 500
Houston TX 77057


Hankins Surgical Supply
PO Box 3528
Springfield MO 65808


HRSA
Health Resources & Services Admin
5600 Fishers Lane
Rockville MD 20857


Internal Revenue Service
Centralized Insolvency Ops
PO Box 7346
Philadelphia PA 19101-7346

```
Internal Revenue Service
Attn: Insolvency/Advisory
Mail Stop 5334 LSM
2850 NE Independence Ave
Lees Summit MO 64064


Kramer & Frank
1000 Camera Avenue, Suite A
Crestwood MO 63126


Kramer & Frank
11960 Westline Industrial Dr
Suite 180
Saint Louis MO 63146-3212


LabCorp
PO Box 12140
Burlington NC 27216


McKeeson
9954 Mayland Drive, Suite 4000
Henrico VA 23233


Mercy Hospital
PO Box 7766071
Chicago IL 60677


Mercy Hospital Joplin
PO Box 7766071
Chicago IL 60677


Missouri Dept of Revenue
ATTN: Bankruptcy Unit
PO Box 475
Jefferson City MO 65105-0475


New Lane Finance
PO Box 7358
Philadelphia PA 19101


New Lane Finance
123 South Broad Street
17th Floor
Philadelphia PA 19109
```

Nissan Motor Acceptance Corp.
Loss Recovery
PO Box 660366
Dallas TX 75266-0366


Ondeck Capital Inc
1400 Broadway
New York NY 10018


Pawnee
% Advanced Recovery Systems
PO Box 80766
Valley Forge PA 19484


Reliant Capital
6 Executive Circle, Suite 250
Irvine CA 92614


Rick's Auto
2121 South Campbell
Springfield MO 65807


Small Business Administration
1000 Walnut, Ste. 500
Kansas City MO 64106


Small Business Administration
District Counsel
Richard Bolling Federal Bldg
601 E 12th St Room 965
Kansas City MO 64106


Stericycle & Shred-It
Attn: Legal Department
2355 Waukegan Road
Deerfield IL 60015


Stericycle & Shred-It
28883 Network Place
Chicago IL 60673-1288


Tandem Finance
3801 Automation Way
Suite 207
Fort Collins CO 80525

Docusign Envelope ID: 768CF2E2-7391-4895-946C-B4B44A17BE5A

```
Tosoh Bioscience, Inc.
3600 Gantz Road
Grove City OH 43123


US Attorney
US Courthouse
400 E 9th    5th Fl
Kansas City MO 64106


US Centers for Medicare & Medicaid Srvc
7500 Security Blvd
Baltimore MD 21244


US Small Business Admin.
1000 Walnut St., Ste. 500
Kansas City MO 64106


US Small Business Admin.
District Counsel
10675 Bedford Avenue, Suite 100
Omaha NE 68127
```

# United States Bankruptcy Court
## Western District of Missouri

In re    Midwest Mobile Imaging, LLC _____    Case No. _____

_____ Debtor(s)    Chapter    11 _____

## VERIFICATION OF MAILING MATRIX

The above-named Debtor(s) hereby verifies that the attached list of creditors is
true and correct to the best of my knowledge and includes the name and address of my
ex-spouse (if any).

Date:    1/2/2025
_____

DocuSigned by:

*Dan Taylor*
_____
Dan Taylor/Member
Signer/Title

**Fill in this information to identify the case:**

Debtor name    Midwest Mobile Imaging, LLC

United States Bankruptcy Court for the:    WESTERN DISTRICT OF MISSOURI

Case number (if known)    _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. **Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| | Declaration and signature |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■   *Schedule H: Codebtors* (Official Form 206H)

■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   Amended *Schedule* _____

☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    1/2/2025      X   *Dan Taylor*
                                       ─40F79E52ACB4471
                                 Signature of individual signing on behalf of debtor

                                 Dan Taylor
                                 Printed name

                                 Member
                                 Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Midwest Mobile Imaging, LLC |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF MISSOURI |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Funding Circle PO Box 206536 Dallas, TX 75320-6536 | | Loan | | | | $365,000.00 |
| Mercy Hospital PO Box 7766071 Chicago, IL 60677 | | Services Provided | | | | $150,000.00 |
| Beckman Coulter 250 South Kraemer Blvd PO Box 8000 Brea, CA 92822-8000 | | Trade Debt | | | | $115,000.00 |
| CGM (Compu Group Medical) 10901 Stonelake Blvd. Austin, TX 78759 | | Lab Software Contract | | | | $100,000.00 |
| Internal Revenue Service Centralized Insolvency Ops PO Box 7346 Philadelphia, PA 19101-7346 | | Payroll Taxes | Contingent Unliquidated Disputed | | | $100,000.00 |
| Small Business Administration District Counsel Richard Bolling Federal Bldg 601 E 12th St Room 965 Kansas City, MO 64106 | | Blanket Lien SBA EDIL Loan | | $68,000.00 | $0.00 | $68,000.00 |

| Debtor | Midwest Mobile Imaging, LLC | Case number (if known) | |
|--------|------------------------------|------------------------|--|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Small Business Administration 1000 Walnut, Ste. 500 Kansas City, MO 64106 | | EIDL Loan | Contingent Unliquidated Disputed | | | $68,000.00 |
| Small Business Administration 1000 Walnut, Ste. 500 Kansas City, MO 64106 | | Loan | | | | $68,000.00 |
| Community First Bank 603 North Main Mountain Grove, MO 65711 | | Blanket Lien SBA Loan | | $65,000.00 | $0.00 | $65,000.00 |
| McKeeson 9954 Mayland Drive, Suite 4000 Henrico, VA 23233 | | Trade Debt | | | | $65,000.00 |
| Tosoh Bioscience, Inc. 3600 Gantz Road Grove City, OH 43123 | | Lease Rejected Pre-Petition | | | | $64,167.82 |
| Chase Bank PO Box 15298 Wilmington, DE 19850 | | Credit Card Purchases Used for Business | | | | $60,000.00 |
| HRSA Health Resources & Services Admin 5600 Fishers Lane Rockville, MD 20857 | | Loan | Contingent Unliquidated Disputed | | | $50,000.00 |
| LabCorp PO Box 12140 Burlington, NC 27216 | | Services Provided | | | | $50,000.00 |
| De Lage Landen PO Box 825736 Philadelphia, PA 19182 | | Possible deficiency re: CN550 Hematology | | | | $40,000.00 |
| De Lage Landen PO Box 825736 Philadelphia, PA 19182 | | Possible deficiency re: Hematology Analyzer DXH 520cp | | | | $30,000.00 |
| Small Business Administration 1000 Walnut, Ste. 500 Kansas City, MO 64106 | | Loan | | | | $21,000.00 |

Debtor    Midwest Mobile Imaging, LLC _____      Case number (if known) _____

Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Bank of America PO Box 15019 Wilmington, DE 19850 | | Credit Card Purchases Used for Business | | | | $20,000.00 |
| Community First Bank 603 North Main Mountain Grove, MO 65711 | | Blanket Lien - Line of Credit | | $18,000.00 | $0.00 | $18,000.00 |
| Dell Financial Services PO Box 81577 Austin, TX 78708-1577 | | Loan | | | | $15,000.00 |

# United States Bankruptcy Court
## Western District of Missouri

In re   Midwest Mobile Imaging, LLC _____   Case No. _____
                                        Debtor(s)           Chapter   11 _____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Daniel Taylor<br>350 Warren Street, Apt 728<br>Jersey City, NJ 07302 | | 100% | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   1/2/2025 _____          Signature   *Dan Taylor*
                                                     DocuSigned by:
                                                     46F2B5BAC94471...
                                                     Dan Taylor

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

| Fill in this information to identify the case: |
|---|

Debtor name    Midwest Mobile Imaging, LLC

United States Bankruptcy Court for the:    WESTERN DISTRICT OF MISSOURI

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

| Part 1: | Summary of Assets |
|---|---|

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

     **1a. Real property:**
     Copy line 88 from *Schedule A/B*..........................................................................    $          0.00

     **1b. Total personal property:**
     Copy line 91A from *Schedule A/B*........................................................................    $      100,201.00

     **1c. Total of all property:**
     Copy line 92 from *Schedule A/B*..........................................................................    $      100,201.00

| Part 2: | Summary of Liabilities |
|---|---|

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
     Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $      214,500.00

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

     **3a. Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................    $      101,884.00

     **3b. Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................    +$      1,311,767.82

4.    **Total liabilities** ...........................................................................................
     Lines 2 + 3a + 3b          $      1,628,151.82

**Fill in this information to identify the case:**

Debtor name ___Midwest Mobile Imaging, LLC___

United States Bankruptcy Court for the: ___WESTERN DISTRICT OF MISSOURI___

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Wood & Huston Bank | Checking | | $2,000.00 |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**                                                                    $2,000.00
     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes Fill in the information below.

11.   **Accounts receivable**

| 11a. 90 days old or less: | 5,000.00 | - | 0.00 | = .... | $5,000.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| Debtor | Midwest Mobile Imaging, LLC | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

**12.** **Total of Part 3.**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

$5,000.00

---

**Part 4:**    **Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

---

**Part 5:**    **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

---

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

---

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** Various Desks & Filing Cabinets | $0.00 | | $200.00 |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** 5 Computers, 5 Monitors, & 1 Printer | $0.00 | Liquidation | $500.00 |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

**43.** **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

$700.00

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property                page 2

| Debtor | Midwest Mobile Imaging, LLC | Case number *(If known)* | |
| | Name | | |

<table>
<tr><td colspan="2"><strong>Part 8:</strong></td><td colspan="3"><strong>Machinery, equipment, and vehicles</strong></td></tr>
</table>

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.**    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   2015 Nissan NV200<br>VIN # 3N6CM0KN7FK711607 | $0.00 | Liquidation | $7,000.00 |
| 47.2.   2021 Nissan NV200<br>VIN # 3N6CMOKN3LK711289 | $0.00 | Liquidation | $6,000.00 |
| 47.3.   2021 Nissan NV200<br>VIN # 3N6CM0KN6MK699432 | $0.00 | Liquidation | $6,000.00 |
| 47.4.   2017 Nissan NV200<br>VIN # 3N6CMOKN9HK698670 | $0.00 | Liquidation | $6,000.00 |
| **48.**    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| **49.**    **Aircraft and accessories** | | | |
| **50.**    **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)** | | | |
| 3 XRay Machines & 2 Ultrasound Machines | $0.00 | Liquidation | $65,000.00 |
| Alfa Wasserman Chemistry Analyzer | $0.00 | Liquidation | $50.00 |
| GE Healthcare Versena Ultrasound and all<br>accessories, attachments, parts, equipment in<br>connection with the foregoing property, all<br>warehouse receipts bills of lading and other<br>documents of title and all insurance and/or other<br>proceeds of any type of the foregoing property | $0.00 | | Unknown |
| GE Vivid 1 Ultrasound Machine | $0.00 | | $500.00 |
| 3 EKG 12 Leads | $0.00 | Liquidation | $1,500.00 |
| Thyroid Shields, Gloves, & Apron | $0.00 | Liquidation | $450.00 |

**51.**    **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

| $92,500.00 |
|---|

| Debtor | Midwest Mobile Imaging, LLC | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**
  ■ No
  ☐ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
  ■ No
  ☐ Yes

### Part 9:    Real property

**54.** **Does the debtor own or lease any real property?**

  ■ No. Go to Part 10.
  ☐ Yes Fill in the information below.

### Part 10:    Intangibles and intellectual property

**59.** **Does the debtor have any interests in intangibles or intellectual property?**

  ☐ No. Go to Part 11.
  ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.**   **Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.**   **Internet domain names and websites** https://midwestmobileimaging.com/ | $0.00 | Liquidation | $1.00 |
| **62.**   **Licenses, franchises, and royalties** Medicare Licenses X-Ray # PTAN MA5826 X-Ray # NPI 18911125142 Ultrasound # PTAN MA5887 Ultrasound # NPI 1760855043 | $0.00 | | $0.00 |
| **63.**   **Customer lists, mailing lists, or other compilations** Customer Lists | $0.00 | | $0.00 |
| **64.**   **Other intangibles, or intellectual property** | | | |
| **65.**   **Goodwill** | | | |

**66.** **Total of Part 10.**

  Add lines 60 through 65. Copy the total to line 89.

| | |
|---|---|
| | $1.00 |

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
  ■ No
  ☐ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
  ■ No
  ☐ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
  ■ No

Debtor    Midwest Mobile Imaging, LLC
          _____          Case number *(If known)*  _____
          Name

☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☐ Yes Fill in the information below.

| Debtor | Midwest Mobile Imaging, LLC | Case number *(If known)* |
|---|---|---|
| | Name | |

---

**Part 12:**   Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $2,000.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $5,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $700.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $92,500.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*...............................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $1.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* + | $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $100,201.00 + 91b. | $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $100,201.00 |

**Fill in this information to identify the case:**

Debtor name ___Midwest Mobile Imaging, LLC___

United States Bankruptcy Court for the: ___WESTERN DISTRICT OF MISSOURI___

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property         12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** Ally Financial<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>2021 Nissan NV200<br>VIN # 3N6CM0KN6MK699432 | $8,500.00 | $6,000.00 |

**2.1** Ally Financial
Creditor's Name

PO 380901
Minneapolis, MN 55438
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
2021 Nissan NV200
VIN # 3N6CM0KN6MK699432

Describe the lien
Automobile Loan
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$8,500.00    $6,000.00

---

**2.2** Community First Bank
Creditor's Name

603 North Main
Mountain Grove, MO 65711
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien
Blanket Lien SBA Loan

Describe the lien
Blanket Lien SBA Loan
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

$10,000.00    $0.00

---

| Debtor | Midwest Mobile Imaging, LLC | Case number (if known) |
|--------|-----------------------------|------------------------|
| | Name | |

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | Community First Bank | Describe debtor's property that is subject to a lien | $65,000.00 | $0.00 |
|-----|----------------------|---------------------|-----------|-------|
| | Creditor's Name | Blanket Lien SBA Loan | | |

603 North Main
Mountain Grove, MO 65711

Creditor's mailing address

**Describe the lien**
Blanket Lien SBA Loan

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | Community First Bank | Describe debtor's property that is subject to a lien | $18,000.00 | $0.00 |
|-----|----------------------|---------------------|-----------|-------|
| | Creditor's Name | Blanket Lien - Line of Credit | | |

603 North Main
Mountain Grove, MO 65711

Creditor's mailing address

**Describe the lien**
Blanket Lien - Line of Credit

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | Corporation Service Company | Describe debtor's property that is subject to a lien | Unknown | $0.00 |
|-----|------------------------------|---------------------|---------|-------|
| | Creditor's Name | UCC for Unknown Lender | | |

PO Box 2576
Springfield, IL 62708

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No

---

| Debtor | Midwest Mobile Imaging, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

Creditor's email address, if known

☐ Yes
Is anyone else liable on this claim?

**Date debt was incurred**

☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | Downtown West Plains, Inc. | Describe debtor's property that is subject to a lien | $10,000.00 | $500.00 |
|---|---|---|---|---|
| | Creditor's Name | GE Vivid 1 Ultrasound Machine | | |

Ozark Small Business Incubator
408 Washington Avenue
West Plains, MO 65775
Creditor's mailing address

**Describe the lien**
UCC

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?

Creditor's email address, if known

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed

---

| 2.7 | Financial Agent Services | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | Blanet Lien | | |

PO Box 2567
Springfield, IL 62708
Creditor's mailing address

**Describe the lien**
UCC

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?

Creditor's email address, if known

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed

---

| Debtor | Midwest Mobile Imaging, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| **2.8** | GE Healthcare | **Describe debtor's property that is subject to a lien** | $25,000.00 | Unknown |

**2.8** GE Healthcare

Creditor's Name

Healthcare Financial
Services
PO Box 641419
Pittsburgh, PA 15264-1419

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**     $25,000.00     Unknown
GE Healthcare Versena Ultrasound and all accessories, attachments, parts, equipment in connection with the foregoing property, all warehouse receipts bills of lading and other documents of title and all insurance and/or other proceeds of an

**Describe the lien**
UCC

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

---

**2.9** Nissan Motor Acceptance Corp.

Creditor's Name

Loss Recovery
PO Box 660366
Dallas, TX 75266-0366

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**     $0.00     $7,000.00
2015 Nissan NV200
VIN # 3N6CM0KN7FK711607

**Describe the lien**
Automobile Loan

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.10** Nissan Motor Acceptance Corp.

Creditor's Name

Loss Recovery
PO Box 660366
Dallas, TX 75266-0366

Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**     $0.00     $6,000.00
2021 Nissan NV200
VIN # 3N6CMOKN3LK711289

**Describe the lien**
Automobile Loan

**Is the creditor an insider or related party?**
■ No
☐ Yes

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 4 of 7

| Debtor | Midwest Mobile Imaging, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 1 | Nissan Motor Acceptance Corp. | | $0.00 | $6,000.00 |
|---|---|---|---|---|

Creditor's Name

Loss Recovery
PO Box 660366
Dallas, TX 75266-0366

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
2017 Nissan NV200
VIN # 3N6CMOKN9HK698670

**Describe the lien**
Automobile Loan

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 2 | Small Business Administration | | $68,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

District Counsel
Richard Bolling Federal Bldg
601 E 12th St Room 965
Kansas City, MO 64106

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
Blanket Lien SBA EDIL Loan

**Describe the lien**
Blanket Lien SBA EDIL Loan

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| Debtor | Midwest Mobile Imaging, LLC | Case number (if known) | |
|--------|------------------------------|-------------------------|--|
| | Name | | |

**2.1 3**

| Tandem Finance | Describe debtor's property that is subject to a lien | $10,000.00 | $50.00 |
|----------------|-----------------------------------------------------|------------|--------|

Creditor's Name

Alfa Wasserman Chemistry Analyzer

3801 Automation Way
Suite 207
Fort Collins, CO 80525

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated
☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $214,500.00

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|------------------|-----------------------------------------------------------|-------------------------------------------------|
| Attorney General<br>Main Justice Building<br>950 Pennsylvania Avenue NW<br>Washington, DC 20530-0001 | Line 2.2 | |
| Attorney General<br>Main Justice Building<br>950 Pennsylvania Avenue NW<br>Washington, DC 20530-0001 | Line 2.3 | |
| Attorney General<br>Main Justice Building<br>950 Pennsylvania Avenue NW<br>Washington, DC 20530-0001 | Line 2.12 | |
| Corporation Service Company<br>801 Adlai Stevenson Drive<br>Springfield, IL 62703 | Line 2.12 | |
| Pawnee<br>% Advanced Recovery Systems<br>PO Box 80766<br>Valley Forge, PA 19484 | Line 2.13 | |
| US Attorney<br>US Courthouse<br>400 E 9th    5th Fl<br>Kansas City, MO 64106 | Line 2.2 | |

| Debtor | Midwest Mobile Imaging, LLC | Case number (if known) | |
|--------|------------------------------|------------------------|--|
| | Name | | |

US Attorney
US Courthouse
400 E 9th   5th Fl
Kansas City, MO 64106

Line  2.3

---

US Attorney
US Courthouse
400 E 9th   5th Fl
Kansas City, MO 64106

Line  2.12

---

US Small Business Admin.
1000 Walnut St., Ste. 500
Kansas City, MO 64106

Line  2.2

---

US Small Business Admin.
District Counsel
10675 Bedford Avenue, Suite 100
Omaha, NE 68127

Line  2.2

---

US Small Business Admin.
District Counsel
10675 Bedford Avenue, Suite 100
Omaha, NE 68127

Line  2.3

---

US Small Business Admin.
1000 Walnut St., Ste. 500
Kansas City, MO 64106

Line  2.3

---

US Small Business Admin.
District Counsel
10675 Bedford Avenue, Suite 100
Omaha, NE 68127

Line  2.12

| Fill in this information to identify the case: |
|---|

Debtor name    Midwest Mobile Imaging, LLC

United States Bankruptcy Court for the:    WESTERN DISTRICT OF MISSOURI

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>Internal Revenue Service<br>Centralized Insolvency Ops<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | $100,000.00 | $100,000.00 |
| Date or dates debt was incurred | Basis for the claim:<br>Payroll Taxes | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>Missouri Dept of Revenue<br>ATTN: Bankruptcy Unit<br>PO Box 475<br>Jefferson City, MO 65105-0475 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,884.00 | $1,884.00 |
| Date or dates debt was incurred | Basis for the claim:<br>Income Taxes | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

     **Amount of claim**

| Debtor | Midwest Mobile Imaging, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.1 | Nonpriority creditor's name and mailing address | As the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**3.1**

Nonpriority creditor's name and mailing address
Ally Financial
PO 380901
Minneapolis, MN 55238

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Repossession deficiencies for various vehicles

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.2**

Nonpriority creditor's name and mailing address
AMEX
PO Box 15298
Wilmington, DE 19850

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$12,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Credit Card Purchases Used for Business

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.3**

Nonpriority creditor's name and mailing address
Bank of America
PO Box 15019
Wilmington, DE 19850

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$20,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Credit Card Purchases Used for Business

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.4**

Nonpriority creditor's name and mailing address
Beckman Coulter
250 South Kraemer Blvd
PO Box 8000
Brea, CA 92822-8000

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$115,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.5**

Nonpriority creditor's name and mailing address
Bothwell Regional Health Center
PO Box 801128
Kansas City, MO 64180

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$600.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services Provided

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.6**

Nonpriority creditor's name and mailing address
Capital One
Attn: General Correspondence
PO Box 30285
Salt Lake City, UT 84130-0285

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Credit Card Purchases Used for Business

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.7**

Nonpriority creditor's name and mailing address
CGM (Compu Group Medical)
10901 Stonelake Blvd.
Austin, TX 78759

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$100,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Lab Software Contract

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Midwest Mobile Imaging, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $60,000.00 |
|---|---|---|---|

Chase Bank
PO Box 15298
Wilmington, DE 19850

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Credit Card Purchases Used for Business

Is the claim subject to offset? ■ No  ☐ Yes

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

De Lage Landen
PO Box 825736
Philadelphia, PA 19182

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Possible deficiency re: Hematology Analyzer DXH 520cp

Is the claim subject to offset? ■ No  ☐ Yes

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40,000.00 |
|---|---|---|---|

De Lage Landen
PO Box 825736
Philadelphia, PA 19182

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Possible deficiency re: CN550 Hematology

Is the claim subject to offset? ■ No  ☐ Yes

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

De Lage Landen
PO Box 825736
Philadelphia, PA 19182

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Possible deficiency re:  CA660 Machine and CN660 Analyzer

Is the claim subject to offset? ■ No  ☐ Yes

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,000.00 |
|---|---|---|---|

Dell Financial Services
PO Box 81577
Austin, TX 78708-1577

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number**  3685

**Basis for the claim:** Loan

Is the claim subject to offset? ■ No  ☐ Yes

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $365,000.00 |
|---|---|---|---|

Funding Circle
PO Box 206536
Dallas, TX 75320-6536

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Loan

Is the claim subject to offset? ■ No  ☐ Yes

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|

Hankins Surgical Supply
PO Box 3528
Springfield, MO 65808

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | Midwest Mobile Imaging, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.15** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$50,000.00**

HRSA
Health Resources & Services Admin
5600 Fishers Lane
Rockville, MD 20857

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _3575_

**Basis for the claim:** _Loan_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$50,000.00**

LabCorp
PO Box 12140
Burlington, NC 27216

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Services Provided_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.17** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$65,000.00**

McKeeson
9954 Mayland Drive, Suite 4000
Henrico, VA 23233

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Trade Debt_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$150,000.00**

Mercy Hospital
PO Box 7766071
Chicago, IL 60677

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Services Provided_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.19** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,000.00**

Mercy Hospital Joplin
PO Box 7766071
Chicago, IL 60677

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Services Provided_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

New Lane Finance
PO Box 7358
Philadelphia, PA 19101

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Repossession deficiency for mutiple vehicles_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

Ondeck Capital Inc
1400 Broadway
New York, NY 10018

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Business debt_

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Midwest Mobile Imaging, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.22** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $7,000.00

Rick's Auto
2121 South Campbell
Springfield, MO 65807

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Services Provided_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $21,000.00

Small Business Administration
1000 Walnut, Ste. 500
Kansas City, MO 64106

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Loan_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.24** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $68,000.00

Small Business Administration
1000 Walnut, Ste. 500
Kansas City, MO 64106

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Loan_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.25** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $68,000.00

Small Business Administration
1000 Walnut, Ste. 500
Kansas City, MO 64106

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _EIDL Loan_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.26** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $5,000.00

Stericycle & Shred-It
Attn: Legal Department
2355 Waukegan Road
Deerfield, IL 60015

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Terminated Contract_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.27** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $64,167.82

Tosoh Bioscience, Inc.
3600 Gantz Road
Grove City, OH 43123

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Lease Rejected Pre-Petition_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.28** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

US Centers for Medicare & Medicaid Srvc
7500 Security Blvd
Baltimore, MD 21244

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Notice Only_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

| Debtor | Midwest Mobile Imaging, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | American Express<br>Customer Care & Billing Inq<br>PO Box 981535<br>El Paso, TX 79998-1535 | Line _3.2_<br>☐ Not listed. Explain ____ | _ |
| 4.2 | ARM Solutions<br>PO Box 3666<br>Camarillo, CA 93011 | Line _3.26_<br>☐ Not listed. Explain ____ | _ |
| 4.3 | Attorney General<br>Main Justice Building<br>950 Pennsylvania Avenue NW<br>Washington, DC 20530-0001 | Line _2.1_<br>☐ Not listed. Explain ____ | _ |
| 4.4 | Attorney General<br>Main Justice Building<br>950 Pennsylvania Avenue NW<br>Washington, DC 20530-0001 | Line _3.23_<br>☐ Not listed. Explain ____ | _ |
| 4.5 | Attorney General<br>Main Justice Building<br>950 Pennsylvania Avenue NW<br>Washington, DC 20530-0001 | Line _3.24_<br>☐ Not listed. Explain ____ | _ |
| 4.6 | Attorney General<br>Main Justice Building<br>950 Pennsylvania Avenue NW<br>Washington, DC 20530-0001 | Line _3.25_<br>☐ Not listed. Explain ____ | _ |
| 4.7 | Attorney General<br>Main Justice Building<br>950 Pennsylvania Avenue NW<br>Washington, DC 20530-0001 | Line _3.15_<br>☐ Not listed. Explain ____ | _ |
| 4.8 | Attorney General<br>Main Justice Building<br>950 Pennsylvania Avenue NW<br>Washington, DC 20530-0001 | Line _3.28_<br>☐ Not listed. Explain ____ | _ |
| 4.9 | Bank of America<br>PO Box 660441<br>Dallas, TX 75266-0441 | Line _3.3_<br>☐ Not listed. Explain ____ | _ |
| 4.10 | Chase<br>9200 Oakdale Avenue<br>Chatsworth, CA 91311 | Line _3.8_<br>☐ Not listed. Explain ____ | _ |
| 4.11 | Corporation Service Company<br>801 Adlai Stevenson Drive<br>Springfield, IL 62703 | Line _3.9_<br>☐ Not listed. Explain ____ | _ |
| 4.12 | Dept of Health & Human Services<br>200 Independence Ave SW<br>Washington, DC 20201 | Line _3.28_<br>☐ Not listed. Explain ____ | _ |

| Debtor | Midwest Mobile Imaging, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.13** Dept of Health & Human Services<br>Public Health Div., Parklawn Bldg<br>5600 Fishers Lane, Room 4A-53<br>Rockville, MD 20857 | Line _3.28_<br><br>☐ Not listed. Explain ____ | _ |
| **4.14** First Source Advantage<br>205 Bryant Woods South<br>Amherst, NY 14228 | Line _3.2_<br><br>☐ Not listed. Explain ____ | _ |
| **4.15** Greenberg, Grant & Richards, Inc.<br>Corporate Headquarters<br>5858 Westheimer Road, Suite 500<br>Houston, TX 77057 | Line _3.27_<br><br>☐ Not listed. Explain ____ | _ |
| **4.16** Internal Revenue Service<br>Attn: Insolvency/Advisory<br>Mail Stop 5334 LSM<br>2850 NE Independence Ave<br>Lees Summit, MO 64064 | Line _2.1_<br><br>☐ Not listed. Explain ____ | _ |
| **4.17** Kramer & Frank<br>1000 Camera Avenue, Suite A<br>Crestwood, MO 63126 | Line _3.17_<br><br>☐ Not listed. Explain ____ | _ |
| **4.18** Kramer & Frank<br>11960 Westline Industrial Dr<br>Suite 180<br>Saint Louis, MO 63146-3212 | Line _3.16_<br><br>☐ Not listed. Explain ____ | _ |
| **4.19** New Lane Finance<br>123 South Broad Street<br>17th Floor<br>Philadelphia, PA 19109 | Line _3.20_<br><br>☐ Not listed. Explain ____ | _ |
| **4.20** Reliant Capital<br>6 Executive Circle, Suite 250<br>Irvine, CA 92614 | Line _3.20_<br><br>☐ Not listed. Explain ____ | _ |
| **4.21** Small Business Administration<br>District Counsel<br>Richard Bolling Federal Bldg<br>601 E 12th St Room 965<br>Kansas City, MO 64106 | Line _3.23_<br><br>☐ Not listed. Explain ____ | _ |
| **4.22** Small Business Administration<br>District Counsel<br>Richard Bolling Federal Bldg<br>601 E 12th St Room 965<br>Kansas City, MO 64106 | Line _3.24_<br><br>☐ Not listed. Explain ____ | _ |
| **4.23** Small Business Administration<br>District Counsel<br>Richard Bolling Federal Bldg<br>601 E 12th St Room 965<br>Kansas City, MO 64106 | Line _3.25_<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | Midwest Mobile Imaging, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.24 | Stericycle & Shred-It<br>28883 Network Place<br>Chicago, IL 60673-1288 | Line 3.26<br>☐ Not listed. Explain ____ | _ |
| 4.25 | US Attorney<br>US Courthouse<br>400 E 9th    5th Fl<br>Kansas City, MO 64106 | Line 2.1<br>☐ Not listed. Explain ____ | _ |
| 4.26 | US Attorney<br>US Courthouse<br>400 E 9th    5th Fl<br>Kansas City, MO 64106 | Line 3.23<br>☐ Not listed. Explain ____ | _ |
| 4.27 | US Attorney<br>US Courthouse<br>400 E 9th    5th Fl<br>Kansas City, MO 64106 | Line 3.24<br>☐ Not listed. Explain ____ | _ |
| 4.28 | US Attorney<br>US Courthouse<br>400 E 9th    5th Fl<br>Kansas City, MO 64106 | Line 3.25<br>☐ Not listed. Explain ____ | _ |
| 4.29 | US Attorney<br>US Courthouse<br>400 E 9th    5th Fl<br>Kansas City, MO 64106 | Line 3.15<br>☐ Not listed. Explain ____ | _ |
| 4.30 | US Attorney<br>US Courthouse<br>400 E 9th    5th Fl<br>Kansas City, MO 64106 | Line 3.28<br>☐ Not listed. Explain ____ | _ |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 101,884.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 1,311,767.82 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 1,413,651.82 |

**Fill in this information to identify the case:**

Debtor name ___Midwest Mobile Imaging, LLC___

United States Bankruptcy Court for the: ___WESTERN DISTRICT OF MISSOURI___

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Mutiyear Lab Software Contract<br><br><br>CGM (Compu Group Medical)<br>10901 Stonelake Blvd.<br>Austin, TX 78759 |
| 2.2.  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Month to month lease of office space<br><br><br>Congenius<br>3171 East Sunshine<br>Springfield, MO 65804 |
| 2.3.  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | 5 year contract 2-3 years completed<br><br><br>Tosoh Bioscience, Inc.<br>3600 Gantz Road<br>Grove City, OH 43123 |

| Fill in this information to identify the case: |
|---|

Debtor name      Midwest Mobile Imaging, LLC

United States Bankruptcy Court for the:   WESTERN DISTRICT OF MISSOURI

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                                 12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Daniel Taylor | 350 Warren Street, Apt 728<br>Jersey City, NJ 07302 | McKeeson | ☐ D _____<br>■ E/F _3.17_<br>☐ G _____ |
| 2.2 | Daniel Taylor | 350 Warren Street, Apt 728<br>Jersey City, NJ 07302 | Funding Circle | ☐ D _____<br>■ E/F _3.13_<br>☐ G _____ |

| Fill in this information to identify the case: |
|---|
| Debtor name __Midwest Mobile Imaging, LLC__ |
| United States Bankruptcy Court for the: __WESTERN DISTRICT OF MISSOURI__ |
| Case number (if known) _____ |

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:   Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | From the beginning of the fiscal year to filing date:<br>From  1/01/2025 to Filing Date | ■ Operating a business<br>☐ Other _____ | $0.00 |
   | For prior year:<br>From  1/01/2024 to 12/31/2024 | ■ Operating a business<br>☐ Other _____ | $66,000.00 |
   | For year before that:<br>From  1/01/2023 to 12/31/2023 | ■ Operating a business<br>☐ Other _____ | $895,771.00 |
   | For the fiscal year:<br>From  1/01/2022 to 12/31/2022 | ■ Operating a business<br>☐ Other _____ | $1,027,446.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Debtor   Midwest Mobile Imaging, LLC _____   Case number *(if known)* _____

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
| --- | --- | --- | --- |

**4.** **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
| --- | --- | --- | --- |

**5.** **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
| --- | --- | --- | --- |
| Ally Financial<br>PO 380901<br>Minneapolis, MN 55438 | Repossession deficiencies for various vehicles | 2024 | Unknown |
| Nissan Motor Acceptance Corp.<br>Loss Recovery<br>PO Box 660366<br>Dallas, TX 75266-0366 | Repossession deficiencies for various vehicles | 2024 | Unknown |
| De Lage Landen<br>PO Box 825736<br>Philadelphia, PA 19182 | CA660 Machine and CN660 Analyzer | 2024 | Unknown |
| De Lage Landen<br>PO Box 825736<br>Philadelphia, PA 19182 | Hematology Analyzer DXH 520cp | 2024 | Unknown |
| De Lage Landen<br>PO Box 825736<br>Philadelphia, PA 19182 | CN550 Hematology | 2024 | Unknown |

**6.** **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was<br>taken | Amount |
| --- | --- | --- | --- |

**Part 3:**   **Legal Actions or Assignments**

**7.** **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

| Debtor | Midwest Mobile Imaging, LLC | | Case number *(if known)* | |

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:    Certain Gifts and Charitable Contributions

**9.** **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:    Certain Payments or Transfers

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Evans and Mullinix PA<br>7225 Renner Rd  Ste 200<br>Shawnee, KS 66217-3043 | Filing Fee and Attorney Fees for Pre-Petition Representation | 9/24/2024 - $2,000.00<br>10/04/2024 - $1,738.00<br>1/02/2025 - $1,500.00 | $5,238.00 |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

Debtor    Midwest Mobile Imaging, LLC _____    Case number *(if known)* _____

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

### 13. Transfers not already listed on this statement

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1. Aaron Baker<br>Contract X-Ray Services, Inc. | 2018 Nissan Versa VIN# 3N1CN7AP8JL801690 | 12/05/2024 | $6,000.00 |
| Relationship to debtor | | | |

### Part 7:   Previous Locations

### 14. Previous addresses

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

### Part 8:   Health Care Bankruptcies

### 15. Health Care bankruptcies

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☐ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

### Part 9:   Personally Identifiable Information

### 16. Does the debtor collect and retain personally identifiable information of customers?

☐ No.
■ Yes. State the nature of the information collected and retained.

Medical Records, Test Results, & Physicians Orders Governed by HIPA

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

### 17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

Debtor    Midwest Mobile Imaging, LLC                                          Case number *(if known)*_____

---

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Aaron Baker<br>Contracy X-Ray Services, Inc. | 3171 East Sunshine, # E121<br>Springfield, MO 65804 | 2018 Nissan Versa VIN# 3N1CN7AP8JL801690 | $6,000.00 |

---

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

---

| Debtor | Midwest Mobile Imaging, LLC | Case number *(if known)* | |
|---|---|---|---|

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   Penny Meredith Tax Pros, Inc. 3046 South Delaware Avenue Suite D Springfield, MO 65804 | 2001 to 2024 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

Debtor     Midwest Mobile Imaging, LLC                                    Case number *(if known)*  _____

■ None

**Name and address**

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Daniel Taylor | 350 Warren Street, Apt 728 Jersey City, NJ 07302 | President | 100% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Daniel Taylor 350 Warren Street, Apt 728 Jersey City, NJ 07302 | $90,000.00 | Various 2024 | Owner Compensation |
| **Relationship to debtor** Member | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

| Debtor | Midwest Mobile Imaging, LLC | Case number *(if known)* | |
|---|---|---|---|

---

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   1/2/2025

*Dan Taylor*

46F79E52AC94471...

Signature of individual signing on behalf of the debtor

Dan Taylor
Printed name

Position or relationship to debtor   Member

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

# United States Bankruptcy Court
## Western District of Missouri

In re    Midwest Mobile Imaging, LLC

Debtor(s)

Case No.

Chapter    11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    Midwest Mobile Imaging, LLC    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

1/2/2025

Date

DocuSigned by:

*Colin N. Gotham*

Colin Gotham KS#19538; MO#52343

Signature of Attorney or Litigant

Counsel for    Midwest Mobile Imaging, LLC

Evans & Mullinix, P.A.
7225 Renner Road, Suite 200
Shawnee, KS 66217
(913) 962-8700 Fax:(913) 962-8701
cgotham@emlawkc.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MISSOURI
AT KANSAS CITY

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. |
| MIDWEST MOBILE IMAGING, LLC | ) | Chapter 11 |
| | ) | Subchapter V |
| | ) | |
| DEBTOR. | ) | |

### DEBTOR'S DECLARATION UNDER PENALTY OF PERJURY
### AND NOTICE OF COMPLIANCE WITH FED. R. BANKR. P. 7007.1

Comes now the Debtor, Midwest Mobile Imaging, LLC, by and through its president, Dan Taylor, and hereby makes the following statements and declarations under penalty of perjury regarding the following documents required by Fed. R. Bankr. P. 7007.1 and Local Rule 1007-1:

1. Corporate Resolution Statement is attached hereto.

2. Balance Sheet is attached hereto.

3. Statement of Operations has not been prepared/does not exist.

4. Cash Flow Statement is attached hereto.

5. 2023 Federal Income Tax Returns are attached hereto.

Midwest Mobile Imaging, LLC

By: _Dan Taylor_

Dan Taylor

**RESOLUTIONS BY**
**THE MEMBERS/SHAREHOLDERS OF**
**MIDWEST MOBILE IMAGING, LLC**

At a meeting of all of the Members/Shareholders of Midwest Mobile Imaging, LLC duly held at the office of said Company/Corporation on the 2nd day of January 2025 the following Resolutions were adopted.

RESOLVED: that Midwest Mobile Imaging, LLC will file a Chapter 11 Bankruptcy Proceeding in the United States Bankruptcy Court for the Western District of Missouri, and that Evans & Mullinix, P.A. will be the attorneys Midwest Mobile Imaging, LLC in this bankruptcy proceeding; and

RESOLVED: the Dan Taylor, Member of Midwest Mobile Imaging, LLC, is hereby authorized and instructed to sign all of the appropriate documents and take such action as is necessary and required of Midwest Mobile Imaging, LLC to comply with the local rules of court and the statutory requirements as set forth in the Bankruptcy Code and Local Bankruptcy Rules.

Notice of the time and place of said meeting is hereby waived by the Members/Shareholders.

By: Dan Taylor
Member

STATE OF _Missouri_ )
                                    ) ss:
COUNTY OF _Howell_ )

Dan Taylor, being duly sworn, says that he is a Member of Midwest Mobile Imaging, LLC, a company of the State of Missouri, authorized to do business in the State of Missouri and that the foregoing is a true and correct copy of the Resolutions adopted by said company on the 2nd day of January 2025.

By: Dan Taylor
Member
Midwest Mobile Imaging, LLC

Subscribed and sworn to before me this _2nd_ day of _January_ 2025.

_Victoria L Myers_
Notary Public

VICTORIA L. MYERS
Notary Public - Notary Seal
STATE OF MISSOURI
Howell County
My Commission Expires July 1, 2028
Commission #12590919

{00941828 }
4903-8359-4763, v. 1

# Midwest Mobile Imaging

### Balance Sheet

As of December 31, 2024

| | TOTAL |
|---|---:|
| ASSETS | |
| Current Assets | |
| Bank Accounts | |
| Radiology 3357 | 15,325.86 |
| **Total Bank Accounts** | **$15,325.86** |
| Other Current Assets | |
| Credit Card Receivables | 0.00 |
| Repayment | |
| Cash Advance of $175 on 01/12/2017 | 0.00 |
| **Total Repayment** | **0.00** |
| Undeposited Funds | 0.00 |
| **Total Other Current Assets** | **$0.00** |
| **Total Current Assets** | **$15,325.86** |
| Fixed Assets | |
| Accumulated Amortization | -2,196.89 |
| Accumulated Depreciation | -279,513.87 |
| EKG Equipment | 7,447.85 |
| Loan Origination Fees | 23,965.00 |
| Medical Equipment | 126,224.55 |
| MediMatrix | 900.00 |
| Ultrasound Equipment | 83,409.42 |
| Vehicles | 134,565.18 |
| **Total Fixed Assets** | **$94,801.24** |
| Other Assets | |
| Receivable-IRS | 0.00 |
| **Total Other Assets** | **$0.00** |
| **TOTAL ASSETS** | **$110,127.10** |
| LIABILITIES AND EQUITY | |
| Liabilities | |
| Current Liabilities | |
| Credit Cards | |
| AMEX (22008) | 9,998.90 |
| Chase- 9857 | 55,046.93 |

# Midwest Mobile Imaging

## Balance Sheet

### As of December 31, 2024

| | TOTAL |
|---|---|
| **Total Credit Cards** | **$65,045.83** |
| Other Current Liabilities | |
| Direct Deposit Payable | 0.00 |
| OLD PAYROLL TAXES DUE | 48,964.99 |
| Payroll Liabilities | 0.00 |
| Child Support | 0.00 |
| Cox Health | 0.00 |
| DENTAL INSURANCE | -1,541.60 |
| Federal Taxes (941/944) | 10,377.48 |
| Federal Unemployment (940) | 0.00 |
| Intentional Vehilcle Damage to Van fuel door | 0.00 |
| MEDICAL INSURANCE | 0.00 |
| MetLife | 256.08 |
| MO Income Tax | 1,884.00 |
| MO Unemployment Tax | 0.00 |
| Spark Capital One | 7,026.50 |
| Unreturned Blue Versa Keyfob | 0.00 |
| Vision Insurance | 234.90 |
| VSP | 0.00 |
| **Total Payroll Liabilities** | **18,237.36** |
| **Total Other Current Liabilities** | **$67,202.35** |
| **Total Current Liabilities** | **$132,248.18** |
| Long-Term Liabilities | |
| Due to/from MMI Lab (4043) | -548,529.06 |
| Jay Evans | 0.00 |
| N/P- 10K LOC ADVANCE | 0.00 |
| N/P- BIZ CAPITAL LOAN | 0.00 |
| N/P- NEWLANE | 20,063.63 |
| Notes Payable -  John Taylor | 0.00 |
| Notes Payable - EIDL | 88,700.00 |
| Notes Payable - Funding Circle | 0.00 |
| Notes Payable - Marie Taylor | 0.00 |
| Notes Payable - OzSBI | 8,718.35 |
| Notes Payable - Tandem Finance/Pawnee | 13,038.75 |
| Notes Payable- Lease Web Direct | 0.00 |
| Notes Payable-Community | |
| Note Payable-Community First 0520 | 0.00 |
| Notes Payable - Community First 700483 | 20,793.58 |
| Notes Payable - Community First 700661 | 67,820.91 |
| Notes Payable - Community First 700664 | 18,000.00 |

Docusign Envelope ID: 768CE253-7393-4395-9460-B4B44A17BE5A

# Midwest Mobile Imaging

## Balance Sheet

### As of December 31, 2024

|  | TOTAL |
|---|---:|
| **Total Notes Payable-Community** | **106,614.49** |
| NP-BLUEVINE | 0.00 |
| NP-FC MARKETPLACE | 317,314.52 |
| NP-ONDECK CAPITAL | 8,988.97 |
| NP_Ultrasound | 17,798.46 |
| Vehicle Loans |  |
| Ally -2021 Nissan NV 200-4893 S/N 9432 | 7,828.57 |
| Nissan-80001-S/N 11289 $398.84 | 9,415.19 |
| **Total Vehicle Loans** | **17,243.76** |
| **Total Long-Term Liabilities** | **$49,951.87** |
| **Total Liabilities** | **$182,200.05** |
| Equity |  |
| Owner Draw | -215,034.19 |
| Due to/from Pharmacy (4132) | -146,262.36 |
| **Total Owner Draw** | **-361,296.55** |
| Retained Earnings | 222,761.11 |
| Net Income | 66,462.49 |
| **Total Equity** | **$ -72,072.95** |
| **TOTAL LIABILITIES AND EQUITY** | **$110,127.10** |

# Midwest Mobile Imaging

## Statement of Cash Flows
### January - December 2024

|  | TOTAL |
|---|---:|
| OPERATING ACTIVITIES | |
| Net Income | 66,462.49 |
| Adjustments to reconcile Net Income to Net Cash provided by operations: | |
| AMEX (22008) | 1,488.09 |
| Chase- 9857 | 4,233.19 |
| Payroll Liabilities:DENTAL INSURANCE | -1,913.56 |
| Payroll Liabilities:Federal Taxes (941/944) | 10,482.68 |
| Payroll Liabilities:MEDICAL INSURANCE | -1,139.32 |
| Payroll Liabilities:MO Income Tax | 1,895.00 |
| Payroll Liabilities:Vision Insurance | 160.18 |
| **Total Adjustments to reconcile Net Income to Net Cash provided by operations:** | **15,206.26** |
| **Net cash provided by operating activities** | **$81,668.75** |
| FINANCING ACTIVITIES | |
| Due to/from MMI Lab (4043) | 1,552.11 |
| N/P- NEWLANE | -4,693.93 |
| Notes Payable - OzSBI | -2,219.36 |
| Notes Payable-Community:Notes Payable - Community First 700483 | -1,700.67 |
| Notes Payable-Community:Notes Payable - Community First 700661 | -2,453.00 |
| NP_Ultrasound | 0.00 |
| Vehicle Loans:Ally -2021 Nissan NV 200-4893 S/N 9432 | -1,964.91 |
| Vehicle Loans:Nissan-80001-S/N 11289 $398.84 | -4,878.10 |
| Owner Draw | -53,053.22 |
| Owner Draw:Due to/from Pharmacy (4132) | -226.36 |
| **Net cash provided by financing activities** | **$ -69,637.44** |
| **NET CASH INCREASE FOR PERIOD** | **$12,031.31** |
| Cash at beginning of period | 3,294.55 |
| CASH AT END OF PERIOD | **$15,325.86** |

**SCHEDULE C**
(Form 1040)

**Profit or Loss From Business**
(Sole Proprietorship)

Attach to Form 1040, 1040-SR, 1040-SS, 1040-NR, or 1041; partnerships must generally file Form 1065.

Go to *www.irs.gov/ScheduleC* for instructions and the latest information.

OMB No. 1545-0074

**2023**

Department of the Treasury
Internal Revenue Service

Attachment
Sequence No. **09**

| Name of proprietor | Social security number (SSN) |
|---|---|
| DANIEL TAYLOR | ***-**-2890 |

| A | Principal business or profession, including product or service (see instructions) | B | Enter code from instructions |
|---|---|---|---|
| | MOBILE XRAY SERVICE | | 621510 |

| C | Business name. If no separate business name, leave blank. | D | Employer ID number (EIN) (see instr.) |
|---|---|---|---|
| | MIDWEST MOBILE IMAGING LLC | | **-***3575 |

E Business address (including suite or room no.) **350 WARREN ST 728**
City, town or post office, state, and ZIP code **JERSEY CITY      NJ 07302**

F Accounting method: (1) [X] Cash (2) [ ] Accrual (3) [ ] Other (specify)

G Did you "materially participate" in the operation of this business during 2023? If "No," see instructions for limit on losses ... [X] Yes [ ] No

H If you started or acquired this business during 2023, check here .................

I Did you make any payments in 2023 that would require you to file Form(s) 1099? See instructions ......... [ ] Yes [X] No

J If "Yes," did you or will you file required Form(s) 1099? ................................... [ ] Yes [ ] No

## Part I    Income

| | | | |
|---|---|---|---|
| 1 | Gross receipts or sales. See instructions for line 1 and check the box if this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked ......... [ ] | 1 | 895,771 |
| 2 | Returns and allowances .................................. | 2 | |
| 3 | Subtract line 2 from line 1 ................................ | 3 | 895,771 |
| 4 | Cost of goods sold (from line 42) ............................ | 4 | |
| 5 | **Gross profit.** Subtract line 4 from line 3 ...................... | 5 | 895,771 |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions)   **See Stmt 2** | 6 | 178 |
| 7 | **Gross income.** Add lines 5 and 6 .......................... | 7 | 895,949 |

## Part II    Expenses. Enter expenses for business use of your home **only** on line 30.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8 | Advertising ............ | 8 | 1,720 | 18 | Office expense (see instructions) ...... | 18 | 2,493 |
| 9 | Car and truck expenses (see instructions) ...... | 9 | | 19 | Pension and profit-sharing plans ... | 19 | |
| 10 | Commissions and fees ....... | 10 | | 20 | Rent or lease (see instructions): | | |
| 11 | Contract labor (see instructions) | 11 | | a | Vehicles, machinery, and equipment | 20a | |
| 12 | Depletion .......... | 12 | | b | Other business property ........ | 20b | 3,287 |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) ......... | 13 | 37,003 | 21 | Repairs and maintenance ....... | 21 | 752 |
| | | | | 22 | Supplies (not included in Part III) ... | 22 | |
| | | | | 23 | Taxes and licenses .......... | 23 | 34,051 |
| | | | | 24 | Travel and meals: | | |
| 14 | Employee benefit programs (other than on line 19) ...... | 14 | 25,693 | a | Travel ................ | 24a | -111 |
| 15 | Insurance (other than health) ... | 15 | 48,501 | b | Deductible meals (see instructions) ........ | 24b | |
| 16 | Interest (see instructions): | | | 25 | Utilities ............... | 25 | 3,977 |
| a | Mortgage (paid to banks, etc.) | 16a | | 26 | Wages (less employment credits) ... | 26 | 429,294 |
| b | Other ............ | 16b | 42,385 | 27a | Other expenses (from line 48) .... | 27a | 109,240 |
| 17 | Legal and professional services .. | 17 | 6,579 | b | Energy efficient commercial bldgs deduction (attach Form 7205) ... | 27b | |
| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27b ........... | | | | | 28 | 744,864 |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 .................. | | | | | 29 | 151,085 |
| 30 | Expenses for business use of your home. Do not report these expenses elsewhere. Attach Form 8829 unless using the simplified method. See instructions. **Simplified method filers only:** Enter the total square footage of (a) your home: _____ and (b) the part of your home used for business: _____ . Use the Simplified Method Worksheet in the instructions to figure the amount to enter on line 30 ....... | | | | | 30 | |
| 31 | **Net profit or (loss).** Subtract line 30 from line 29. | | | | | | |
| | • If a profit, enter on both **Schedule 1 (Form 1040), line 3,** and on **Schedule SE, line 2.** (If you checked the box on line 1, see instructions.) Estates and trusts, enter on **Form 1041, line 3.** | | | | | 31 | 151,085 |
| | • If a loss, you **must** go to line 32. | | | | | | |
| 32 | If you have a loss, check the box that describes your investment in this activity. See instructions. | | | | | | |
| | • If you checked 32a, enter the loss on both **Schedule 1 (Form 1040), line 3,** and on **Schedule SE, line 2.** (If you checked the box on line 1, see the line 31 instructions.) Estates and trusts, enter on **Form 1041, line 3.** | | | | | 32a | [ ] All investment is at risk. |
| | • If you checked 32b, you **must** attach **Form 6198.** Your loss may be limited. | | | | | 32b | [ ] Some investment is not at risk. |

For Paperwork Reduction Act Notice, see the separate instructions.                    Schedule C (Form 1040) 2023
DAA

DANIEL TAYLOR                                                          ***-**-2890

Schedule C (Form 1040) 2023            MOBILE XRAY SERVICE                              Page 2

| **Part III** | **Cost of Goods Sold** (see instructions) |
|---|---|

33  Method(s) used to
value closing inventory:  **a** ☐ Cost  **b** ☐ Lower of cost or market  **c** ☐ Other (attach explanation)

34  Was there any change in determining quantities, costs, or valuations between opening and closing inventory?
If "Yes," attach explanation                                                              ☐ Yes   ☐ No

| | | |
|---|---|---|
| 35 | Inventory at beginning of year. If different from last year's closing inventory, attach explanation | 35 | |
| 36 | Purchases less cost of items withdrawn for personal use | 36 | |
| 37 | Cost of labor. Do not include any amounts paid to yourself | 37 | |
| 38 | Materials and supplies | 38 | |
| 39 | Other costs | 39 | |
| 40 | Add lines 35 through 39 | 40 | |
| 41 | Inventory at end of year | 41 | |
| 42 | **Cost of goods sold.** Subtract line 41 from line 40. Enter the result here and on line 4 | 42 | |

| **Part IV** | **Information on Your Vehicle.** Complete this part **only** if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file Form 4562. |
|---|---|

43  When did you place your vehicle in service for business purposes? (month/day/year)

44  Of the total number of miles you drove your vehicle during 2023, enter the number of miles you used your vehicle for:

**a** Business                **b** Commuting (see instructions)                **c** Other

45  Was your vehicle available for personal use during off-duty hours?                          ☐ Yes   ☐ No
46  Do you (or your spouse) have another vehicle available for personal use?                     ☐ Yes   ☐ No
47a Do you have evidence to support your deduction?                                             ☐ Yes   ☐ No
  **b** If "Yes," is the evidence written?                                                       ☐ Yes   ☐ No

| **Part V** | **Other Expenses.** List below business expenses not included on lines 8-26, line 27b, or line 30. | |
|---|---|---|
| BANK SERVICE CHARGES | | 1,189 |
| DUES & SUBSCRIPTIONS | | 1,924 |
| LAB SERVICES | | 6,000 |
| LATE FEES | | 316 |
| OPERATING SUPPLIES | | 589 |
| RADIOLOGY FEES | | 53,396 |
| REIMBURSEMENTS | | 637 |
| SHIPPING | | 233 |
| SOFTWARE | | 12,385 |
| TELEPHONE | | 1,294 |
| TRAINING | | 205 |
| VEHICLE | | 29,474 |
| Amortization | | 1,598 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| 48 | **Total other expenses.** Enter here and on line 27a | 48 | 109,240 |

DAA                                                                    Schedule C (Form 1040) 2023